A. T. KIMBALL v. ATLANTIC COAST LINE RAILROAD COMPANY, a Corporation.

182 So. 602.
Opinion Filed July 8, 1938.

*George Palmer Garrett,* for Plaintiff in Error;

*W. E. Kay, Leroy B. Giles* and *Warren B. Parks,* for Defendant in Error.

ON EXTRAORDINARY PETITION FOR REHEARING.

PER CURIAM.—The Court has considered on both the original petition for rehearing and the extraordinary petition for rehearing, the constitutional questions, State and Federal, raised and otherwise submitted in the said petitions and find the same without merit. Therefore, the extraordinary petition for rehearing is denied.

ELLIS, C. J., and WHITFIELD, TERRELL, BROWN, BUFORD and CHAPMAN, J. J., concur.